1   JACOB D. FLESHER – SBN 210565
    JASON W. SCHAFF – SBN 244285
2   JEREMY J. SCHROEDER – SBN 223118
    **FLESHER SCHAFF & SCHROEDER, INC.**
3   2202 Plaza Drive
    Rocklin, CA 95765
4   Telephone: (916) 672-6558
    Facsimile:  (916) 672-6602
5
    Attorneys for defendants,
6   NATIONAL RAILROAD PASSENGER CORPORATION dba
    AMTRAK and UNION PACIFIC RAILROAD COMPANY
7

8               IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               * * *

11  LAWRENCE LO individual and as the          **CASE NO.**
    successor in interest to the ESTATE OF     Santa Clara County Superior Court Case No.
12  BRIDGET LO, CHRISTOPHER LO, and            18CV324378
    LAURIE LO,                                 *Complaint filed: 3/5/18*
13                                             *Trial Date: n/a*
                    Plaintiffs,
14
            vs.
15
16  CITY OF SANTA CLARA; COUNTY OF             **NATIONAL RAILROAD PASSENGER**
    SANTA CLARA; NATIONAL RAILROAD             **CORPORATION'S NOTICE OF**
17  PASSENGER CORPORATION DBA                  **REMOVAL OF ACTION PURSUANT**
    AMTRAK; UNION PACIFIC RAILROAD             **TO 28 U.S.C. § 1331 (FEDERAL**
18  CORPORATION, and DOES 1 TO 10,             **QUESTION)**

19                  Defendants.

20
        **TO THE CLERK OF THE ABOVE ENTITLED COURT:**
21
22          PLEASE TAKE NOTICE THAT defendant, the NATIONAL RAILROAD

23  PASSENGER CORPORATION, doing business as AMTRAK, removes to this Court the

24  state action described below.

25          1.      On March 5, 2018, an action was commenced in the Superior Court of

26  California in and for the County of Santa Clara entitled *Lawrence Lo, et al. v. City of*

27  *Santa Clara, et al.* Case No. 18CV324378.  True and correct copies of the Summons and

28  Complaint filed in this action are attached as **Exhibit "A."**

2.    The first date upon which defendant AMTRAK received a copy of the complaint was May 4, 2018 when AMTRAK's agent for service of process in Washington, DC was personally served, with the summons and complaint enclosed. Therefore, this Notice of Removal is filed within 30 days after receipt by Amtrak of a copy of the pleading setting forth the claim for relief upon which this action is based.

3.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by defendant AMTRAK pursuant to 28 U.S.C. § 1349. In *Union Pac.R.R.Co. v. Myers*, 115 U.S. 1 (1885), the Supreme Court held that any suit involving a federally chartered railroad raises a federal question under § 1331. *Id.* at 11. Congress limited that holding's reach by passing 28 U.S.C. § 1349, *Am. Nat'l Red Cross v. S.G.*, 505 U.S. 247, 251 (1992), which provides: "The district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, unless the United States is the owner of more than one-half of its capital stock," 28 U.S.C. § 1349. AMTRAK was created by act of Congress, and the United States owns more than 50 percent of AMTRAK's stock. *Pa. Fed'n of Bhd. Of Maint. of Way Employees v. Nat'l R.R. Passenger Corp.*, 989 F.2d 112, 113 n.2 (3dCir. 1993). Thus, this Court has subject matter jurisdiction here pursuant to 28 U.S.C. §§ 1331 and 1349.

4.    Venue is appropriate in this Court because the action was removed from Santa Clara County Superior Court. 28 U.S.C. § 1446(a).

5.    AMTRAK obtained the consent to removal from all named defendants in this action. Doe defendants do not need to be joined in this Notice of Removal. See *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

8.    A copy of the Notice to Adverse Party of Removal to Federal Court that will be filed with the Superior Court of California, County of Santa Clara, is attached hereto as **Exhibit "B."**

9.    **Amtrak requests a jury trial**.

1        **WHEREFORE,** Defendants pray that this action be removed to this Court.

2

3    DATED:  May 25, 2018            **FLESHER SCHAFF & SCHROEDER, INC**

4                              /s/ JASON W. SCHAFF

5                    By _____
                              JACOB D. FLESHER

6                              JASON W. SCHAFF
                              JEREMY J. SCHROEDER

7                              Attorneys for defendant,
                              NATIONAL RAILROAD PASSENGER

8                              CORPORATION dba AMTRAK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28