Walter A. Haynes IV, SBN 244776
Albert G. Stoll, Jr., SBN 164649
Noah A. Phillips, SBN 306832
ALBERT G. STOLL, JR. | A LAW CORPORATION
55 Francisco Street, Suite 403
San Francisco, California 94133
Telephone:    (415) 576-1500
Facsimile:    (415) 576-1501
Emails: walter@stoll-law.com
astoll@stoll-law.com;
noah.phillips@stoll-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LO individually and as the successor in interest to the ESTATE OF BRIDGET LO, CHRISTOPHER LO, AND LAURIE LO,<br><br>Plaintiff,<br><br>     vs.<br><br>CITY OF SANTA CLARA; COUNTY OF SANTA CLARA; NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK; UNION PACIFIC RAILROAD CORPORATION; AND DOES 1 TO 10,<br><br>  Defendants. | CASE NO. : 18-cv-03153-NC<br>Santa Clara County Superior Court Case No. 18CV324378<br>Complaint Filed: March 5, 2018<br>Trial Date:  N/A<br><br>**STIPULATION TO DISMISS COUNTY OF SANTA CLARA AND [PROPOSED] ORDER** |

The instant case was first filed in Santa Clara Superior Court on March 5, 2018, Case

Number 18-CV-324378. This matter was subsequently removed to federal court at the request of

Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("AMTRAK") with consent from all named defendants in this action filed on May 25, 2018.

Plaintiff LAWRENCE LO individually and as the successor in interest to the ESTATE OF BRIDGET LO, CHRISTOPHER LO, AND LAURIE LO, and Defendants COUNTY OF SANTA CLARA, CITY OF SANTA CLARA, UNION PACIFIC RAILROAD CORPORATION and NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK by and through their respective undersigned attorneys, STIPULATE to dismissal without prejudice of the complaint in this action pursuant to Federal Rules of Civil Procedure, 41(a)(1)(ii).

Defendants CITY OF SANTA CLARA, UNION PACIFIC RAILROAD CORPORATION and NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK remain parties in the above-entitled matter. By and through their respective undersigned attorneys, said parties STIPULATE to the dismissal without prejudice of Defendant COUNTY OF SANTA CLARA pursuant to this stipulation.


DATED:  January 30, 2019                    **ALBERT G STOLL, JR | A Law Corporation**


                                            _____
                                                        _/S/_
                                            WALTER A. HAYNES, IV
                                            Attorney for plaintiffs,
                                            LAWRENCE LO, ESTATE OF BRIDGET LO,
                                            CHRISTOPHER LO and LAURIE LO

//

//

//

//

//

//

DATED:  January ___, 2019          **FLESHER SCHAFF & SCHROEDER, INC**

_____

JASON W. SCHAFF
Attorney for defendant,
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and UNION
PACIFIC RAILROAD COMPANY

DATED:  January 29, 2019          **OFFICE OF THE COUNTY COUNSEL**

_____

DAVID M. ROLLO
Attorney for defendant,
COUNTY OF SANTA CLARA

DATED:  January ___, 2019          **RANKIN | STOCK | HEABERLIN | ONEAL**

_____

DAVID J. STOCK
Attorney for defendant,
CITY OF SANTA CLARA

DATED:  January 30, 2019                      **FLESHER SCHAFF & SCHROEDER, INC**

_____/S/_____
JASON W. SCHAFF
Attorney for defendant,
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and UNION
PACIFIC RAILROAD COMPANY

DATED:  January _____, 2019                **OFFICE OF THE COUNTY COUNSEL**

_____
DAVID M. ROLLO
Attorney for defendant,
COUNTY OF SANTA CLARA

DATED:  January 30, 2019                      **RANKIN | STOCK | HEABERLIN | ONEAL**

_____/S/_____
DAVID J. STOCK
Attorney for defendant,
CITY OF SANTA CLARA

## [PROPOSED] ORDER

This stipulation is approved. The entire action, including claims and counter claims stated herein against THE COUNTY OF SANTA CLARA, is hereby dismissed without prejudice.

Dated: _____January 31_____, 2019



GRANTED

Judge Nathanael M. Cousins

U_____T JUDGE